UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DONNELL FEARS, et al.,

        Plaintiffs,

    v.

EUGENE BURGER MANAGEMENT
CORPORATION,

        Defendant.

Case No.  25-cv-08304-AGT

**ORDER TO SHOW CAUSE**

Previously, the Court ordered Plaintiffs to serve Defendant with process by April 24, 2026. Dkt. 7. Plaintiffs didn't meet that deadline. By June 12, 2026, Plaintiffs must show cause for why the Court shouldn't dismiss their case without prejudice for failure to timely effect service. *See* Fed. R. Civ. P. 4(m). This is the second order to show cause for lack of service of process. *See* Dkt. 5 (prior order to show cause); Dkt. 7 (discharging prior order to show cause but setting April 24 service deadline).

The initial case management conference is rescheduled to July 31, 2026.

**IT IS SO ORDERED.**

Dated: May 28, 2026

Alex G. Tse
United States Magistrate Judge